No. 97–8045.  HERNANDEZ *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 97–8050.  MOUDY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 97–8052.  BUTLER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 97–8053.  CERCEO *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–8062.  SMITH *v.* UNITED STATES; and
No. 97–8081.  BYNES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 132 F. 3d 45.

No. 97–8064.  MCGEE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 97–8065.  WALKER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 97–8066.  TOMPKINS, AKA YATES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 97–8070.  HOYLE ET AL. *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 97–8080.  ANDERSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 97–8088.  DOMINGUEZ *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 97–8089.  GERARD *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 97–715.  GUERRA *v.* CARLO.  C. A. 9th Cir.  Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted.  Certiorari denied.